No. 76–1745. BAGERIS ET AL. *v.* McGREGOR ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–1746. WILSON *v.* BICCUM ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1747. FLEMING, EXECUTOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1748. RIFFE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1749. WATERMAN *v.* WRAY ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–1751. LEMOS-OLAYA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–1752. BERRY ET VIR *v.* HINDS COUNTY, MISSISSIPPI, Sup. Ct. Miss. Certiorari denied.

No. 76–1753. CONLIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1754. KISHPAUGH *v.* DISTRICT OF COLUMBIA GOVERNMENT ET AL. Ct. App. D. C. Certiorari denied.

No. 76–1756. NORTON ET UX. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–1758. RASTELLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1760. S. D. COHN & Co. ET AL. *v.* WOOLF ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1761. JOHNSTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.